756 So.2d 1141 (2000)
Harold Glen SCOGGINS and Marie B. Scoggins
v.
John Lloyd FREDERICK and Aswell J. Robertson.
Harold Glen Scoggins and Marie B. Scoggins
v.
Aswell J. Robertson.
Joseph A. Gladney, Individually, and Joseph A. Gladney and Associates, et al.
v.
John Lloyd Frederick and Mildred Blount Robertson and Marie B. Scoggins, and Heirs of Harold G. Scoggins, et al.
No. 1999-C-3557.
Supreme Court of Louisiana.
March 17, 2000.
Denied.
CALOGERO, C.J., not on panel.